UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID B. LINDER,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | No. CV-05-0062-FVS<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

**THIS MATTER** comes before the Court on the Plaintiff's Motion For Reconsideration, Ct. Rec. 94.  The Plaintiff is represented by Kenneth L. Isserlis.  The Defendant is represented by Andrew S. Biviano and Frank A. Wilson.  The Court has reviewed the materials presented on reconsideration and is not persuaded that its prior decision should be changed.  Accordingly,

**IT IS HEREBY ORDERED:**

1. **Footnote 1** of the Court's Order Granting Summary Judgment, filed as **Ct. Rec. 93** on February 23, 2007, is **WITHDRAWN.**

2. The Plaintiff's Motion For Reconsideration, **Ct. Rec. 94**, is **DENIED.**

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  24th  day of May, 2007.

                              s/ Fred Van Sickle
                              Fred Van Sickle
                              United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION- 1