AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DAVID B. LINDER,

           Plaintiff,

v.

JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,

           Defendant.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-05-0062-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of the defendant.

June 14, 2007
*Date*

JAMES R. LARSEN
*Clerk*

s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson