UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID B. LINDER,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOHN E. POTTER, Postmaster General of the United States Postal Service,<br><br>    Defendants. | NO. CV-05-0062-FVS<br><br>ORDER OF DISMISSAL |

    Upon the Joint Motion and Stipulation for Dismissal of the parties,

    IT IS ORDERED that this matter is dismissed with prejudice and without costs.  The Clerk of the Court shall forward copies of this order to counsel for Plaintiff and to counsel for Defendant.

    IT IS SO ORDERED this 9th day of March, 2010.

                              s/ Fred Van Sickle
                            _____
                            FRED VAN SICKLE
                            Senior United States District Judge

ORDER FOR DISMISSAL - 1